UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80388-CIV-MIDDLEBROOKS/BRANNON

3081 MAIN STREET, LLC,

    Plaintiff,

vs.

APPCHEK, LLC,

    Defendant.
_____/

## ORDER ACCEPTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 15) ("Notice"), filed June 5, 2014. Plaintiff filed this Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). After reviewing the Notice and record in this case, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal (DE 15) is **ACCEPTED**.

It is further hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE**; and
2. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6 day of June, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record